IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01676-PAB-KLM

FRANK VIGIL, JR.,

    Plaintiff,

v.

SUSAN J. JONES, C.S.P. Warden,
M.N. MCCORMICK, #5662, H.S.M. Supervisor,
M. HILDEBRAND, #2307, Programs Manager,
ANTHONY A. DECESARO, Grievance Officer,
DARRYL PROFFIT, Faith & Citizen's Programs Regional Coordinator, and
COLORADO DEPARTMENT OF CORRECTIONS (C.D.O.C.),

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the *pro se* Plaintiff's **Motion for Summary Judgment** [Docket No. 46; Filed May 11, 2010] (the "Motion"). Judge Philip A. Brimmer is the District Judge assigned to this matter. As such, all filed motions must comply with Judge Brimmer's practice standards. The Motion fails to comply with such standards in several respects. First, the Motion does not contain a "Statement of Undisputed Material Facts" as required by PAB Practice Standard F.3.b.i and D.C.COLO.LCivR 56.1. Second, the Motion does not contain separately numbered paragraphs accompanied by specific reference to material in the record as required by PAB Practice Standard F.3.b.i & ii. Finally, I note that the Motion is untimely in that it was filed outside the dispositive motions deadline. Pursuant to Judge Brimmer's practice standards, filing "[d]eadlines will be applied strictly." PAB Practice Standard F.1. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **DENIED without prejudice** with leave to refile after resolution of the pending Motion to Dismiss [Docket No. 32] <u>and</u> a new dispositive motions deadline is set, if necessary [Docket No. 44]. Any dispositive motion filed by Plaintiff must comply with Judge Brimmer's practice standards or it will be summarily stricken.

    IT IS FURTHER **ORDERED** that the Clerk shall send a copy of Judge Brimmer's practice standards to Plaintiff.

Dated: May 14, 2010