IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-01676-PAB-KLM

FRANK VIGIL, JR.,

      Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS (C.D.O.C.),

      Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on Defendant's **Motion to Set Dispositive Motions Deadline** [Docket No. 81; Filed May 19, 2011] and **Motion to Vacate the Final Pretrial Conference** [Docket No. 82; Filed May 19, 2011] (collectively, the "Motions").

      IT IS HEREBY **ORDERED** that the Motions are **GRANTED**.  Accordingly,

      IT IS FURTHER **ORDERED** that the deadline for filing dispositive motions is reset to **June 24, 2011**.

      IT IS FURTHER **ORDERED** that the Final Pretrial Conference set for June 23, 2011 at 9:30 a.m. is **vacated** and **RESET** to **August 25, 2011 at 9:30 a.m.** in Courtroom **C-204** of the Byron G. Rogers United States Courthouse.

      IT IS FURTHER **ORDERED** that the parties shall submit their proposed pretrial order **no later than August 19, 2011**.  Parties participating in ECF shall submit their proposed pretrial order pursuant to the District of Colorado ECF Procedures.  The proposed pretrial order <u>must</u> be submitted in a useable format (i.e., as a WordPerfect document).  Pursuant to the ECF Procedures, the parties shall submit the proposed pretrial order via email to Mix_Chambers@cod.uscourts.gov.  Parties not participating in ECF shall submit their proposed pretrial order to the Clerk of the Court as a hard copy.  However, if *any* party in this case is participating in ECF, it is the responsibility of that party to submit the proposed pretrial order pursuant to the ECF Procedures.  **The parties shall prepare the proposed pretrial order in accordance with the form which may be downloaded in richtext format from the forms section of the Court's website at www.co.uscourts.gov. Instructions for downloading in richtext format are posted in the forms section of the website.**

      Dated:  May 20, 2011