IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 09-cv-01676-PAB-KLM

FRANK VIGIL, JR.,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS (C.D.O.C.),

    Defendant.

---

**ORDER**

---

    This matter is before the Court on defendant's motion to dismiss as moot [Docket No. 111] and amended motion to dismiss as moot [Docket No. 112]. In light of the amended motion to dismiss as moot, it is

    **ORDERED** that defendant's motion to dismiss as moot [Docket No. 111] is DENIED as moot. It is further

    **ORDERED** that, because trial is scheduled to commence in this matter on August 20, 2012 and the trial preparation conference is scheduled for August 10, 2012, plaintiff shall file a response to defendant's amended motion to dismiss as moot [Docket No. 112] on or before **Friday, July 13, 2012**.

    DATED July 3, 2012.