IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-01676-PAB-KLM

FRANK VIGIL, JR.,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS (C.D.O.C.),

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Unopposed Motion to Vacate the Final Pretrial Conference and the Settlement Conference** [Docket No. 142; Filed August 10, 2012] (the "Motion").  Pursuant to the Motion, the parties have reached a settlement agreement and have been given a deadline of September 14, 2012 by the District Judge to finalize the agreement and submit a joint motion for dismissal.  Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#142] is **GRANTED**.  Thus,

    IT IS FURTHER **ORDERED** that the Final Pretrial Conference set for August 14, 2012 at 1:00 p.m. is **VACATED**.

    IT IS FURTHER **ORDERED** that the Settlement Conference set for August 14, 2012 at 1:30 p.m. is **VACATED**.

    Dated:  August 13, 2012